ORIGINAL

# In The United States Court of Federal Claims

RECEIVED
OCT 16 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)

IDAHO POWER COMPANY

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Michael A. Gheleta

07-730 C

Firm Name: Brownstein Hyatt Farber Schreck, P.C.

Street Address: 410 Seventeenth Street, Suite 2200

City-State-Zip: Denver, Colorado 80202

Telephone & Facsimile Numbers: (303) 223-1100 FAX (303) 223-1111

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If **NO**, please call (202) 219-9630 for admission papers and instructions>

Nature of Suit: 1 3 4

Select only one (three digit) nature of suit code from attached sheet if numbers 118, 134, 226, 312, or 528 are used please explain.

Agency Identification Code: D O I
See attached sheet for three digit codes.

Amount Claimed: $ 10,000+ , plus future costs, attorneys fees and expenses
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☒ Yes ☐ No

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☒ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

10/15/2007

8607\5\1089520.1