ORIGINAL

FILED
OCT 1 6 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Civil Action No.

IDAHO POWER COMPANY,

Plaintiff,

v.

THE UNITED STATES OF AMERICA; U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF RECLAMATION,

07-730 C

Defendants.

---

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR IDAHO POWER COMPANY**

---

Plaintiff Idaho Power Company, by and through its counsel, Brownstein Hyatt Farber Schreck, P.C., hereby discloses that it is wholly-owned subsidiary of IDACORP.

DATED: October 15, 2007

James C. Tucker
Senior Attorney
IDAHO POWER COMPANY
1221 West Idaho Street
Boise, ID 83702-5627

James S. Lochhead, Esq.
Michael A. Gheleta, Esq.
Mark J. Mathews, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, P.C.
410 Seventeenth Street, Suite 2200
Denver, CO 80202

*Attorneys for Plaintiff Idaho Power Company*