IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IDAHO POWER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-730 |
| | ) | (Judge Lettow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a 60 day enlargement of time, to and including February 15, 2008, to file a response to the complaint. Our response is currently due on December 17, 2007. This is defendant's first request for an enlargement for this purpose. On December 10, 2007, Michael A. Gheleta, counsel for the plaintiff, indicated to Government counsel that he did not oppose this motion.

Upon being assigned responsibility for this matter, defendant's counsel promptly forwarded a copy of the complaint to the United States Department of the Interior. Counsel was first able to speak to the agency counsel on November 14, 2007. The agency has advised us that it will be unable to provide counsel with the statutorily required litigation report in sufficient time for counsel to prepare a response to the complaint by the current due date, because the records necessary are voluminous, and because plaintiff has filed an action in the United States District Court for the District of Idaho, raising the same issues and claims as are contained in the complaint filed in this Court. The district court action raises significant issues of jurisdiction in this Court which will require coordination among different offices of the Department of Justice and the Department of Interior. Therefore, this enlargement is necessary to ensure adequate time

for the agency to prepare a litigation report, as well as adequate time for counsel to prepare a thorough response, and to obtain the necessary supervisory review of the Government's response.

For the foregoing reasons, defendant respectfully requests the Court to grant this motion for enlargement of time of 60 days, to and including, February 15, 2008, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/
MARK A. MELNICK
Assistant Director

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

December 11, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 11th day of December, 2007, the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joan M. Stentiford
JOAN M. STENTIFORD