IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-730

(Filed: December 13, 2007)

IDAHO POWER COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's Unopposed Motion for Enlargement of Time, filed December 11, 2007. The government seeks an enlargement of time of 60 days, from December 17, 2007 to February 15, 2008, in which to file an answer or otherwise plead in response to the plaintiff's complaint.

For good cause shown, the government's motion is GRANTED. The government shall file its answer or other responsive pleading on or before February 15, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge