IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-730C

(Filed: April 9, 2008)

IDAHO POWER COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The court acknowledges the joint preliminary status report filed by the parties on April 7, 2008. Based upon the status report, the court recognizes that the issues posed in this action are somewhat related to those present in two other pending cases: *Idaho Power Co. v. United States*, No. 07-443-S-LMB (D. Idaho, filed Oct. 16, 2007), and litigation before the special district court established by the State of Idaho to adjudicate rights to waters of the Snake River (Case Nos. 92-23, 92-26, 01-2064, 01-10485, 01-10486, and 01-10487). Nonetheless, it appears that decisions in these other cases will not be dispositive of this litigation. Therefore, it is appropriate to establish a plan and schedule for discovery in this case, in aid of an orderly, thoughtful, and steady progression toward trial, as follows:

| Action | Deadline |
|---|---|
| Completion of fact discovery | January 30, 2009 |
| Plaintiff's expert reports | December 1, 2008 |
| Defendant's expert reports | January 16, 2009 |
| Expert rebuttal reports | March 2, 2009 |
| Deposition of experts | April 3, 2009 |
| Submission of potentially dispositive pre-trial motions, or, failing any, submission of a joint status report proposing dates and arrangements for trial. | July 1, 2009 |

In fact discovery, each party shall submit no more than 25 interrogatories, and depositions shall

be limited to a maximum of ten per side.

It is so ORDERED.

s/ Charles F. Lettow
Judge